JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BENNETT,<br><br>　　　Plaintiff,<br><br>v.<br><br>BELDEN INC. et al.,<br><br>　　　Defendants. | Case No. 2:23-cv-02029-SB-MAA<br><br><br>ORDER OF DISMISSAL WITH PREJUDICE [DKT. NO. 20] |

　　　The Court, having considered the parties' joint stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action in its entirety.  Each party shall bear its own costs and attorneys' fees.

　　　The Court vacates all dates and deadlines.  The clerk shall close the case.

　　　IT IS SO ORDERED.

Date: October 2, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge